[No. 454-3.   Division Three.   May 7, 1973.]

THE STATE OF WASHINGTON, Respondent, v. VIRGINIA SUE

RENNEBERG, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. MILTON VICTOR LAVANWAY, *Appellant.*

Appeal from judgments of the Superior Court for Yakima County, Nos. 15893, 15894, Walter A. Stauffacher, J., entered March 4, 1971. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.